1  JOHN C. FISH, Jr., Bar No. 160620
   RONALD D. ARENA, Bar No. 218421
2  BLANE MARIE MALL, Bar No. 238357
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490
   E-mail: jfish@littler.com
6
   Attorneys for Defendants
7  NELSON STAFFING SOLUTIONS and TONY
   MACNEILL
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | MAISHA MYLES, | Case No. C 06 7792 CRB |
|---|---|
13 | Plaintiff, | **DEFENDANTS' REQUEST FOR CONTINUATION OF HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT OR TO PERMIT DEFENDANT TO FILE REPLY BY FRIDAY, JUNE 29, 2007 AND [PROPOSED] ORDER** |
14 | v. | |
15 | NELSON STAFFING SOLUTIONS, a privately owned company, DEBBY DETERER, an individual, TONI MACNEILL, an individual, and DOES 1-50, inclusive, | |
16 | | |
17 | | Judge:            Hon. Charles R. Breyer |
18 | Defendants. | Complaint filed: Dec. 20, 2007 |
   | | Trial date:      Not Set |

REQUEST AND [PROPOSED] ORDER                                CASE NO. C06-7792 CRB

1   WHEREAS Defendants filed a motion to enforce the settlement agreement in the
2   above-captioned matter scheduled for hearing before this Court on July 6, 2007 at 10:00 a.m. in
3   Courtroom 8, 19th Floor;

4   WHEREAS, pursuant to Local Rule 7-3, Plaintiff Maisha Myles was required to file
5   an opposition on or before June 15, 2007;

6   WHEREAS, pursuant to Local Rule 5-5, Plaintiff was required to serve a copy of the
7   opposition on counsel for Defendants by hand on or before June 15, 2007;

8   WHEREAS, Plaintiff did not serve Defendants with the opposition until June 21,
9   2007, by mail (see Exhibit A to the Arena Declaration being submitted herewith). Defendants did
10  not receive a copy of the opposition until the afternoon of June 22, 2007, the same day Defendants'
11  reply was due (see Exhibit C to the Arena Declaration being submitted herewith).

12  WHEREAS, counsel for Defendants therefore requests ~~either (1) that the hearing on~~
13  ~~Defendants' motion be continued to Friday, July 13, 2007 so that Defendants can file the reply (if~~
14  ~~any) by Friday, June 29, 2007 or~~ (2) the hearing date remain as currently scheduled for July 6 and
15  Defendants be permitted to file the reply (if any) on or before Friday, June 29, 2007.

16  RESPECTFULLY SUBMITTED

17  Dated: June 27, 2007

18  _____
    RONALD D. ARENA
19  LITTLER MENDELSON, P.C.
    Attorneys for Defendants
20  NELSON STAFFING SOLUTIONS and TONY
    MACNEILL
21

22  SO ORDERED:

23  Dated: ___June 28___, 2007

24  _____
    HON. CHARLES R. BREYER, JUDGE
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

25  Firmwide:82703650.1 014358.1039

IT IS SO ORDERED
Judge Charles R. Breyer

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

REQUEST AND [PROPOSED] ORDER                                                CASE NO. C06-7792 CRB