IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISHA MYLES, | No. C 06-07792 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NELSON STAFFING SOLUTIONS, | |
| Defendant. | |

Having granted Defendant's motion to enforce the parties' unsigned settlement agreement, the Court hereby DISMISSES Plaintiff's claims with prejudice. Judgment is therefore entered, and the case will be closed. The Court will retain jurisdiction to enforce the settlement agreement, to the extent such enforcement is necessary.

**IT IS SO ORDERED.**

Dated: August 6, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7792\judgment.wpd